| | | | |
|---|---|---|---|
| Lopez v. Citywide Community Counseling | 1870 EDA 2015<br>Affirmed | 09/27/2016 | No. 01250 June Term, 2013<br>(Philadelphia) |
| Com. v. Williams | 2201 EDA 2015<br>Affirmed | 09/27/2016 | CP–51–CR–0000488–2010<br>(Philadelphia) |
| Com. v. Anderson | 2671 EDA 2015<br>Affirmed | 09/27/2016 | CP–48–CR–0000450–2015<br>(Northampton) |
| Com. v. Piedra | 2926 EDA 2015<br>Affirmed | 09/27/2016 | CP–15–CR–0001922–2007<br>(Chester) |
| Com. v. Gaines | 3311 EDA 2015<br>Vacated and Remanded | 09/27/2016 | CP–48–CR–0003210–2012<br>(Northampton) |
| Com. v. Brown | 3338 EDA 2015<br>Affirmed | 09/27/2016 | CP–51–CR–0003358–2008<br>(Philadelphia) |
| In the Interest of: D.S. | 3512 EDA 2015<br>Affirmed | 09/27/2016 | CP–51–JV–0002195–2015<br>CP–51–JV–0002196–2015<br>(Philadelphia) |
| Com. v. Reddick | 130 EDA 2016<br>Affirmed<br>Application to Withdraw as Counsel Granted | 09/27/2016 | CP–23–CR–0007822–2013<br>(Delaware) |
| Com. v. Riddick | 132 EDA 2016<br>Affirmed<br>Application to Withdraw as Counsel Granted | 09/27/2016 | CP–23–CR–0007475–2013<br>(Delaware) |
| Com. v. Pemberton | 523 EDA 2016<br>Vacated and Remanded | 09/27/2016 | CP–09–CR–0001332–2013<br>(Bucks) |
| In re Estate of Scutchall[29] | 1271 MDA 2015<br>Affirmed | 09/27/2016 | 89–OC–2012<br>(Franklin) |
| A.S.W. v. H.M.W. | 2267 MDA 2015<br>Affirmed | 09/27/2016 | CI–15–05403<br>(Lancaster) |
| Com. v. Luchetta | 70 MDA 2016<br>Affirmed | 09/27/2016 | CP–54–CR–0000645–2014<br>(Schuylkill) |
| Com. v. Poindexter | 551 MDA 2016<br>Affirmed | 09/27/2016 | CP–22–CR–0002008–2015<br>(Dauphin) |

29. Petition for reargument denied December 9, 2016.